UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                          :

ADAM DRUCKER and ALLYSON DRUCKER,    :
                                     Plaintiffs,     :
                                                      :              22 Civ. 5106 (LGS)
              -against-                      :
                                                        :              <u>ORDER</u>

NORTHWESTERN MUTUAL LIFE INSURANCE  :
COMPANY,                                            :
                                      Defendant.     :
------------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on October 5, 2022, a conference was held regarding Defendant's anticipated motion to dismiss. By separate order, this case will be referred for settlement discussions to the Hon. James L. Cott. It is hereby

       **ORDERED** that the parties shall file a joint letter informing the Court of the outcome of their discussions, and if the case is not resolved, proposing a briefing schedule for the Defendant's motion to dismiss.

Dated: October 6, 2022
          New York, New York

                                                                  **LORNA G. SCHOFIELD**
                                                           **UNITED STATES DISTRICT JUDGE**