UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------- X
Adam Drucker, et al.,

              Plaintiff(s),

  -against-

Northwestern Mutual Life Insurance Company,

              Defendant.
----------------------------------------------------- X

Case No. 22-cv-5106 (LGS)

SO ORDERED

*[signature]*
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dated: January 20, 2023
New York, New York

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Adam Drucker and Allyson Drucker (hereinafter "Plaintiffs") and Defendant The Northwestern Mutual Life Insurance Company (hereinafter "Defendant") (together the "Parties") announce to the Court that the parties have resolved all claims in this matter. Therefore, Plaintiffs and Defendant hereby move that this matter be dismissed, with prejudice, as to any and all claims which Plaintiffs brought in this case against Defendant.

**WHEREFORE**, the Parties respectfully request that the Court grant this Joint Stipulation of Dismissal with Prejudice and enter an Order of Dismissal.

Respectfully submitted,

*Attorneys for Defendant The Northwestern Mutual Life Insurance Company*

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: _____
Peter M. Fabiankovic (PF 1951)
1177 Avenue of the Americas, 37th Floor
New York, NY 10036
(T): 212-248-3159
(E): Peter.Fabiankovic@faegredrinker.com

**AND**

*Attorneys for Plaintiffs Adam Drucker and Allyson Drucker*

**THE BOONSWANG LAW FIRM**

By: _____
Joseph Mattia
1500 Sansom Street, Suite 200
Philadelphia, PA 19102
(E): Joseph@boonswanglaw.com